1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH 11  AND WELFARE TRUST FUND, et al. | Case No.: C12-2725 SI |
| 12              Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF** |
| 13        v. | |
| 14  MERHAV DEVELOPMENT, INC., a California corporation, *dba* SOUTHERN 15  CALIFORNIA EARTHWORK, | Date:          September 7, 2012 Time:          2:30 p.m. Ctrm:          10, 19th Floor                450 Golden Gate Avenue                San Francisco, California 94102 |
| 16              Defendant. | Judge:          The Honorable Susan Illston |

17

18         Plaintiffs respectfully request that the Case Management Conference scheduled for

19  September 7, 2012, at 2:30 p.m., be continued for approximately 60 – 90 days, as follows:

20         1.     A Complaint was filed in this action on May 29, 2012 to compel Defendant's

21  compliance with its obligations under the Collective Bargaining Agreement to which it is

22  signatory.

23         2.     On May 30, 2012, the Complaint, Summons, and all applicable court documents

24  were sent out for service on Defendant.

25         3.     An attempt was made at the address for the agent for service of process indicated

26  on the Secretary of State website.  However, the address is a location of a P.O. box.  Another

27  attempt was made at the address listed on Defendant's letterhead, which turned out to be another

28  P.O. box.

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-2725 SI**

4.      Plaintiffs are now in contact with an investigator to research a viable physical address to serve Defendant.

5.      The last day to serve Defendant is September 26, 2012.  If Plaintiffs cannot locate Defendant by that date, Plaintiffs will file a Request to Extend Time for Service.

6.      Therefore, there is nothing for the Court to consider at this time, and Plaintiffs respectfully request that the Court continue the Case Management Conference for a period of 60 – 90 days to allow sufficient time to serve Defendant, and to allow time for Defendant to respond to the Complaint.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true to the best of my knowledge and belief.

Executed this 23rd day of August, 2012 at San Francisco, California.

SALTZMAN & JOHNSON
LAWCORPORATION


By: _____/S/_____
Muriel B. Kaplan
Attorneys for Plaintiffs


IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to _11/2/12_____,
2012.  All related deadlines are extended accordingly.

Dated: ___8/23/12_____          _____
                                                    UNITED STATES DISTRICT JUDGE