1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | F. G. CROSTHWAITE, et al., as Trustees of the | Case No.:  C12-2725 SI
   | OPERATING ENGINEERS' HEALTH AND              |
11 | WELFARE TRUST FUND, et al.                   | **NOTICE OF VOLUNTARY DISMISSAL**

12              Plaintiffs,

13         v.

14 MERHAV DEVELOPMENT, INC., a
   California corporation, *dba* SOUTHERN
15 CALIFORNIA EARTHWORK,

16              Defendant.

17

18      PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs OPERATING

19 ENGINEERS' HEALTH & WELFARE TRUST FUND, et al., voluntarily dismiss, without

20 prejudice, their claim against Defendant MERHAV DEVELOPMENT, INC., a California

21 corporation, doing business as SOUTHERN CALIFORNIA EARTHWORK.  Defendant has

22 neither served an answer nor moved for summary judgment, and Plaintiffs have not previously

23 filed or dismissed any similar action against Defendant.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 23rd day of October, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

8  IT IS SO ORDERED.
9  This case is dismissed without prejudice.

11 Date:_____10/26/12_____   _____
UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-2725 SI

P:\CLIENTS\OE3CL\Southern California Earthworks\Pleadings\C12-2725 SI - Notice of Voluntary Dismissal 102312.docx

<u>PROOF OF SERVICE</u>:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **October 23, 2012**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**Merhav Development, Inc.**
***dba* Southern California Earthwork**
**19528 Ventura Boulevard, #423**
**Tarzana, California 91356**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of October, 2012, at San Francisco, California.

/s/
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C12-2725 SI**

P:\CLIENTS\OE3CL\Southern California Earthworks\Pleadings\C12-2725 SI - Notice of Voluntary Dismissal 102312.docx